IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FEDERAL NATIONAL MORTGAGE ASSOCIATION,<br><br>         Plaintiff,<br><br>     v.<br><br>JUANITO DIMAYUGA and DOES I through X, inclusive,<br><br>         Defendants.<br>_____/ | No. C 11-02580 CW<br><br>ORDER GRANTING PLAINTIFF'S UNOPPOSED MOTION TO REMAND ACTION TO STATE COURT<br>(Docket No. 9) |

     On May 27, 2011, pro per Defendant Juanito Dimayuga removed the present unlawful detainer action from state court to federal court.  Plaintiff Federal National Mortgage Association's unopposed motion to remand the case is GRANTED.  The November 8, 2011 case management conference and November 17, 2011 hearing date are VACATED.  The clerk is directed to remand the file to the Contra Costa County Superior Court.

     IT IS SO ORDERED.

Dated: **10/17/2011**

CLAUDIA WILKEN
United States District Judge